UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID LIVINGSTON,<br><br>Plaintiff(s),<br><br>-against-<br><br>MEDICREDIT, INC.; and JOHN DOES 1-25<br><br>Defendant(s). | Civil Case No.: 3:17-cv-09400 BRM-DEA<br><br>**NOTICE OF SETTLEMENT** |

Please be advised that the above-captioned matter has been settled and a Notice of Voluntary Dismissal will be filed shortly.

Dated: December 20, 2017

                                           */s/ Joseph K. Jones*
                                           Joseph K. Jones, Esq.
                                           JONES, WOLF & KAPASI, LLC
                                           375 Passaic Avenue, Suite 100
                                           Fairfield, New Jersey 07004
                                           (973) 227-5900 telephone
                                           (973) 244-0019 facsimile
                                           jkj@legaljones.com
                                           *Attorneys for Plaintiff*